THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>SAMSON TUG AND BARGE CO. INC.,<br><br>Defendants. | Case No. C16-1270RSL<br><br>[PROPOSED] ORDER GRANTING MOTION TO AMEND ORDER SETTING TRIAL DATE AND RELATED DATES<br><br>NOTED ON MOTION CALENDAR:<br>October 27, 2017 |

This matter having come before the Court on the Parties' Stipulated Motion to Amend Order Setting Trial Date and Related Dates, and the Court having reviewed the file and pleadings herein, and being otherwise fully advised on the matter, hereby finds and concludes that good cause exists to extend the deadlines in the matter by approximately ninety days with the revised deadlines as follows:

| | Current deadline | Proposed deadline |
|---|---|---|
| **TRIAL DATE** | June 04, 2018 | November 5, 2018 |
| Deadline for amending pleadings | December 5, 2017 | May 4, 2017 |
| Reports from expert witnesses under FRCP 26(a)(2) due | December 5, 2017 | May 4, 2017 |

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO
AMEND ORDER SETTING TRIAL DATE AND RELATED
DATES - 1
Case No. C16-1270RSL

| | | |
|---|---|---|
| Discovery completed by | February 5, 2018 | July 5, 2018 |
| Settlement conference held no later than | February 16, 2018 | July 16, 2018 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)(3)) | March 5, 2018 | August 6, 2018 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the second Friday thereafter. Replies will be accepted. | May 7, 2018 | October 8, 2018 |
| Agreed pretrial order due | May 22, 2018 | October 23, 2018 |
| Trial briefs and trial exhibits due | May 30, 2018 | October 31, 2018 |

IT IS HEREBY ORDERED:

The Stipulated Motion to Amend Order Setting Trial Date and Related Dates is granted.

DATED this 30th day of October, 2017

s/ *[signature]*
HON. ROBERT S. LASNIK
United States District Court Judge